AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

ALBERT T. THURMAN, JR.,
        Plaintiff,

v.

FRANKLIN COUNTY, et. al.,
        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-5046-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE for failure to prosecute under Federal Rule of Civil Procedure 41(b), pursuant to the Order Dismissing Action for Failure to Prosecute entered on July 21, 2008, Ct. Rec. 3.

| July 21, 2008 | JAMES R. LARSEN |
|---|---|
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |